# CASE ANNOUNCEMENTS

*July 1, 2014*

[Cite as *07/01/2014 Case Announcements #2*, 2014-Ohio-2927.]

## MOTION AND PROCEDURAL RULINGS

2014-1071. Randall v. Randall.

Hamilton App. No. C–130527. This cause is pending before the court as a jurisdictional appeal. Upon consideration of appellant's motion for stay of the court of appeals' judgment, it is ordered by the court that the motion is denied.

O'DONNELL, KENNEDY, and O'NEILL, JJ., dissent and would grant the stay and continue the bond.

# CASE ANNOUNCEMENTS

*July 2, 2014*

[Cite as *07/02/2014 Case Announcements*, 2014-Ohio-2958.]